

Opinions of the United
States Court of Appeals
for the Third Circuit

4-5-1996

# Phillips v. Keyport

Precedential or Non-Precedential:

Docket 95-5143

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

## Recommended Citation

"Phillips v. Keyport" (1996). *1996 Decisions.* Paper 207.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/207

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 95-5143

_____

GEORGE PHILLIPS; PHILIP VITALE,

Appellants

v.

BOROUGH OF KEYPORT; VICTOR RHODES;
BOARD OF ADJUSTMENT

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 93-415)

_____

Present:   SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
          GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO,   ROTH,
LEWIS,    McKEE, SAROKIN, and ROSENN[1], Circuit Judges.


O R D E R


A majority of the active judges having voted for
rehearing en banc in the above appeal, it is

O R D E R E D  that the Clerk of this Court list the
above case for rehearing en banc at the convenience of the court.


By the Court,

/s/ Dolores K. Sloviter

_____

Chief Judge


Dated: April 5, 1996
_____
[1] as to panel rehearing only.